# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| DARNELL RICE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:15CV00653  SWW |
| DEPARTMENT OF HUMAN SERVICES, DONLE WALTON, and ZEDRALYN BUTLER | * * * * | |
| Defendants | * | |
| | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 2ND DAY OF NOVEMBER, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE